# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## _____ DIVISION

Rani Abston, pro se

(Enter above the full name of the Plaintiff[s] in this action.)

- vs -

John Bramer

Case No. _____
(To be assigned by Clerk of District Court)

(Enter above the full name of ALL Defendant[s] in this action. Fed. R. Civ. P. 10(a) requires that the caption of the <u>complaint</u> include the names of all the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary.

## COMPLAINT

I.   State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Rule 65, 28 U.S.C Chapter 159, § 2361
28 U.S.C Chapter 85 § 1335(a), (b)
28 U.S.C. Chapter 159 § 2361

II. Plaintiff, Rani Abston resides at 15875 Springhill Dr., Rolla, Phelps,
street address / city / county
MO, 65401, 573-201-6310
state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

III. Defendant, Jt. = John Kramer ey for lives at, or its business is located at
885 Anne St
P.O. Box 774, ?, ?, ki,
street address / city (New Madrid) / county (New Madrid Cty)
state MO, zip code 63869

(if more than one defendant, provide the same information for each defendant below)

2

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

Rani Abston, tenant of 15875 Springhill Dr Rolla, MO 65401 (Phelps County). Defendant has claim to $48,721.00. RA Abston is required to pay $2,800/mo into the Phelps County registry in case 14PH-CV00a7-01 by Judge's order. The property was deemed wholly uninhabitable and the judgments are contrary to Missouri law. 28. U.S.C. Chapter 159 §2361 allows the aggrieved party to bring suit under interpleader nature. Bramer is the owner of the property and responsible for repairs, property and maintenance. He has refused to make repairs, i.e. return air ducts installed, plumbing, electrical as discussed within.

3

V.  Relief: State briefly and exactly what you want the Court to do for you.

T.R.O. to stop paying $2,800/month due today. To discharge Abston from further liability of 14PH-CV00227-01 of future $2,800/month. Return the $48,721.00, give directive to specifically perform repairs to the property, and any other applicable relief.

VI. **MONEY DAMAGES:**

**A)** Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [X]     NO [ ]

**B)** If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

I deposited the $48,721.00 for a property declared wholly uninhabitable.

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [X]     NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 10 day of July, 2015

_____
Signature of Plaintiff(s)

4